UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Don Antonio Flournoy**                    **Docket No. 5:14-CR-14-1H**

### Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Don Antonio Flournoy, who, upon an earlier plea of guilty to 18 U.S.C. §1951 and 18 U.S.C. §2, Robbery of a Business Engaged in Interstate Commerce and Aiding and Abetting, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on September 9, 2014, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Don Antonio Flournoy was released from custody on July 19, 2019, at which time the term of supervised release commenced.

On August 16, 2019, the court was notified that the defendant tested positive for Cocaine on July 30, 2019, and signed an admission form admitting to the use of Cocaine on July 29, 2019. It was recommended that the defendant be continued on supervised release and allowed to participate in our Surprise Urinalysis Program as well as treatment with our local treatment provider.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
The defendant tested positive for Cocaine on September 11, 2019. When confronted, the defendant signed an admission form admitting to the use of Cocaine on September 10, 2019. The defendant is currently attending treatment with our local treatment provider and is enrolled in our Surprise Urinalysis Program. It is recommended that the defendant be place on curfew with electronic monitoring for 120 consecutive days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 120 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

<div style="margin-left:40%">

I declare under penalty of perjury that the foregoing is true and correct.


/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Senior U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2539
Executed On: September 18, 2019

</div>

**ORDER OF THE COURT**

Considered and ordered this _____ 19 ᵗʰ _____ day of _____ September _____, 2019, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge