IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-14-1H

UNITED STATES OF AMERICA,      )
                               )
                               )
                               )
        v.                     )
                               )                    **ORDER**
                               )
DON ANTONIO FLOURNOY,          )
                               )
        Defendant.             )
                               )


        This matter is before the court on defendant's motion to
reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) [DE #37] as
well as defendant's motion to grant reduction of sentence as
unopposed [DE #41]. The court has carefully reviewed this matter
and finds that defendant's motion relies on an Amendment to the
Sentencing Guidelines that was enacted well before he was indicted
and sentenced and is inapplicable to the crimes of which he was
convicted. Therefore, the motions [DE #37 and #41] are DENIED.

        This 5th day of March 2020.

                        _____
                        Malcolm J. Howard
                        Senior United States District Judge

At Greenville, NC
#26